1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

| GEORGE CAMACHO, JR., | ) | Case No. CV 11-5642-ODW (SP) |
|---|---|---|
| Petitioner, | ) | |
| | ) | **ORDER ACCEPTING FINDINGS AND** |
| v. | ) | **RECOMMENDATION OF UNITED** |
| | ) | **STATES MAGISTRATE JUDGE** |
| KATHLEEN ALLISON, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

18
19
20
21
22

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted.  The Court accepts the findings and recommendation of the Magistrate Judge.

23
24

IT IS THEREFORE ORDERED that Judgment will be entered denying the Petition and dismissing this action with prejudice.

25
26

DATED:   June 12, 2013

_____
HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

27
28