JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CAMACHO, JR., | Case No. CV 11-5642-ODW (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KATHLEEN ALLISON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: June 12, 2013

_____
HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE